**No. 49460.**—Protests 69016–G, etc., of Eastern Grocery Co. et al. (Los Angeles).

Opinion by CLINE, J. In accordance with stipulation of counsel and following *Oy Wo Tong* v. *United States* (5 Cust. Ct. 70, C. D. 372) merchandise found to be crude drugs was held entitled to free entry under paragraph 1669 and the drugs advanced in value were held dutiable at 10 percent under paragraph 34 as claimed.

**No. 49461.**—Protest 894927–G of Swift & Co. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel and cited authorities, 2½ percent allowance was made by the court for Holland Edam and Gouda cheese. Abstracts 42146 and 42309 followed. An allowance was also made for the weight of the paper or foil, or both, in which B brand Roquefort cheese was wrapped, following Abstracts 36724 and 38185.

**No. 49462.**—Protest 14022–K of Kraft Phenix Cheese Corp. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel that the cheese in question is similar to that the subject of Abstracts 42146 and 42309 an allowance of 2½ percent was made by the court for the Holland Edam and baby Gouda cheese in question.

**No. 49463.**—Protest 37365–K of Uddo Taormina Corp. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel an allowance of 2½ percent was made by the court for items of Italian Pecorino Sardo Romano cheese similar to that passed upon in *Locatelli* v. *United States* (T. D. 49302).

**No. 49464.**—Protest 37366–K of Kraft Phenix Cheese Corp. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel that the cheese is similar to that passed upon in Abstracts 42146 and 42309 the claim was sustained as to the Holland Edam and baby Gouda cheese in question.

**No. 49465.**—Protest 42933–K of Kraft Cheese Co. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel that the merchandise consists of cheese similar to that passed upon in Abstracts 36724 and 38185, an allowance was made for the weight of the paper or foil, or both, in which certain Danish Blue cheese was wrapped.